AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

|  |  |
|---|---|
| Compass Bank<br>*Plaintiff(s)*<br>v.<br>Pedro Alcala Gonzalez and Hector Rene Alcala Gonzalez<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 5:16-CV-352<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Hector Rene Alcala Gonzalez
[REDACTED]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Monica Summers
    Davis & Santos, P.C.
    719 S. Flores Street
    San Antonio, Texas 78204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/9/2016

*Veronica Cantu*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    SEE ATTACHED PROOF OF SERVICE
was received by me on *(date)* _____ .

     ☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

     ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

     ☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

     ☐ I returned the summons unexecuted because _____ ; or

     ☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

                                    _____
                                            *Server's signature*

                                    _____
                                            *Printed name and title*

                                    _____
                                              *Server's address*

Additional information regarding attempted service, etc:

Southern District Of Texas - Laredo Division, Texas       PRIORITY SERVICE
1300 VICTORIA ST LAREDO TX 78040

# CASE #: 5:16-CV-352

**COMPASS BANK**

*Plaintiff*
vs
**PEDRO ALCALA GONZALEZ AND HECTOR RENE ALCALA GONZALEZ**

*Defendant*

### AFFIDAVIT OF SERVICE

I, **FRED BRYANT**, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit. That I received the documents stated below on 01/31/17 10:43 am, instructing for same to be delivered upon Gonzalez, Hector Rene Alcala.

| | |
|---|---|
| That I delivered to | : Gonzalez, Hector Rene Alcala. |
| the following | : SUMMONS; COMPASS BANK'S ORIGINAL COMPLAINT; CIVIL COVER SHEET |
| at this address | : ███████████████ |
| Manner of Delivery | : By PERSONALLY delivering the document(s) to the person above. |
| Delivered on | : Wednesday February 1, 2017 8:23 am |

My name is FRED BRYANT, my date of birth is August 30th, 1963, and my address is PCP Spring, 1000 FM 1960 Rd West #201B, Houston TX 77090, and U.S.A. I declare under penalty of perjury that the foregoing is true and correct, Executed in Montgomery County, State of Texas, on the ___1___ day of ___February___, 20_17_.

*Fred Bryant*
FRED BRYANT                                    Declarant
2227

Texas Certification#: SCH-1695 Exp. 03/31/17

PCP Inv#: O17100341
SO  Inv#: A17104834
Reference : 1001.152

+ Service Fee: 100.00
  Witness Fee:    .00
  Mileage Fee:    .00

AX02A17104834
jmolina                              Summers, Monica
                                           RETURN TO CLIENT